**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000451
03-OCT-2014
10:02 AM**

NO. CAAP-14-0000451

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE SAMUEL R. HURWITZ
REVOCABLE LIVING TRUST DATED DECEMBER 19, 2011

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 12-1-0132)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) The record on appeal was filed on May 29, 2014, and the appellate clerk informed Petitioner-Appellant Nina Savino (**Appellant**) that the statement of jurisdiction was due by June 9, 2014 and the opening brief was due by July 8, 2014;

(2) Appellant did not file either document;

(3) On September 9, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on September 19, 2014, for such action as the court deems proper, which could include dismissal; and

(4) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 3, 2014.


Presiding Judge


Associate Judge


Associate Judge